**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CURTIS A. JOHNSON**                                                           **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-00977-KGB**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                     **DEFENDANT**

## NOTICE OF APPEARANCE

Phillip M. Brick, Jr., of the law firm of Bequette, Billingsley & Kees, P.A., 425 West Capitol Avenue, Suite 3200, Little Rock, Arkansas 72201, hereby enters his appearance as counsel in the above-captioned proceedings for Defendant Pulaski County Special School District.

I certify that I am admitted to practice in this Court.

Respectfully submitted,

**Phillip M. Brick, Jr.**
Arkansas Bar Number 2009116
BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Telephone: (501) 374-1107
Fax: (501) 374-5092
Email: pbrick@bbpalaw.com

*Attorneys for Defendant*