**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CURTIS A. JOHNSON**                                                                         **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-00977-KGB**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**            **DEFENDANT**

**JOINT MOTION TO CONTINUE TRIAL AND EXTEND DEADLINES**

Plaintiff and Defendant, by their attorneys, for their Joint Motion to Continue Trial and Extend Deadlines, state:

1. The parties jointly move this Court to continue the trial and extend the corresponding discovery and motions deadlines in line with a new trial setting.

2. This matter is currently scheduled for jury trial beginning the week of April 29, 2024. The discovery deadline is February 14, 2024. The motions deadline is February 29, 2024. *See* ECF Doc. 8.

3. The parties seek a new trial setting and extensions of time of both the discovery and motions deadlines, such that the discovery deadline be extended up to six months from the current deadline and all other deadlines be set accordingly.

4. The parties state affirmatively that their joint motion is not sought for purposes of delay but to assure the prompt and efficient administration of justice in this case.

WHEREFORE, the parties pray that their Joint Motion to Continue Trial and Extend Deadlines be granted; and for all other appropriate relief.

Respectfully submitted,

PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, AR 72201
Phone: (501) 244-8200
Fax:    (501) 372-5567
Email: aporte5640@aol.com

By:     **Austin Porter Jr.**
       Austin Porter Jr., Ark. Bar No. 86145

*Attorney for Plaintiff*

       -AND-

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By:     **W. Cody Kees**
       Jay Bequette, Ark. Bar No. 87012
       W. Cody Kees, Ark. Bar No. 2012118
       Phillip M. Brick, Jr., Ark. Bar No. 2009116

*Attorneys for Defendant*