IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CURTIS A. JOHNSON**                                                                                       **PLAINTIFF**

**v.**                                    **Case No. 4:22-cv-00977 KGB**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, A Public Body Corporate**                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion to continue the trial and extend deadlines (Dkt. No. 9). This case is currently set for trial the week of April 29, 2024 (*Id.*, ¶ 2). The discovery deadline is February 14, 2024 (*Id.*). The parties request a new trial date, an extension of the motions deadline up to six months from the current deadline, and that all other deadlines be reset accordingly (*Id.*, ¶ 3). For good cause shown, the Court grants the parties' joint motion. The Court will reset the case for trial and will reset all necessary pretrial deadlines by separate Order.

It is so ordered this 31st day of January, 2024.

*/s/ Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge