**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CURTIS A. JOHNSON**                                                                 **PLAINTIFF**

**v.**                          **Case No. 4:22-cv-00977-KGB**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                **DEFENDANT**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

      Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., for its Unopposed Motion for Extension of Time, states:

      1.     Pursuant to this Court's Amended Final Scheduling Order (ECF Doc. 11), the motion deadline in this case is August 29, 2024.   Status reports are also due on this date.

      2.     Due to undersigned counsel's heavy trial calendar, and the upcoming Labor Day holiday, the District requests a short extension of time within which to file motions and the parties' status reports, such that they will be filed on or before September 6, 2024.

      3.     The District states that the short extension of time is not sought for purposes of delay but to assure the prompt and efficient administration of justice in this case.

      4.     Counsel for the District has conferred with Plaintiff's counsel concerning this request and is authorized to state that said counsel does not oppose the extension of time requested herein.

      WHEREFORE, Defendant, Pulaski County Special School District, respectfully requests that this Court enter an Order extending the motion deadline and deadline to file status reports until up to and including September 6, 2024; and for all other appropriate relief.

-2-

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:     (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By: __**Cody Kees**_____
    Jay Bequette, Ark. Bar No. 87012
    W. Cody Kees, Ark. Bar No. 2012118
    Phillip M. Brick, Jr., Ark. Bar No. 2009116

*Attorneys for Defendant*