IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CURTIS A. JOHNSON**                                                                                             **PLAINTIFF**

v.                                    Case No. 4:22-cv-00977 KGB

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, A Public Body Corporate**                                                          **DEFENDANT**

## ORDER

Before the Court is defendant Pulaski County Special School District's ("District") unopposed motion for extension of time (Dkt. No. 12). The District states that the deadline for filing motions is currently August 29, 2024 (*Id.*, ¶ 1). The District seeks to extend the deadline for filing motions until September 6, 2024, due to counsel's heavy trial calendar and the upcoming holiday weekend (*Id.*, ¶ 2). Counsel for the District has conferred with plaintiff's counsel concerning the request and is authorized to state that plaintiff's counsel does not oppose the requested extension (*Id.*, ¶ 4). For good cause shown, the Court grants the District's unopposed motion for extension of time (Dkt. No. 12). The deadline for filing all motions, except motions for class certification and motions *in limine*, is extended to, and including, September 6, 2024.

It is so ordered this 29th day of August, 2024.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge