**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CURTIS A. JOHNSON**                                                                            **PLAINTIFF**

**v.**                                        **No. 4:22-cv-00977-KGB**

**PULAKSI COUNTY SPECIAL SCHOOL DISTRICT**                                        **DEFENDANT**

## MOTION FOR SUMMARY JUDGMENT

Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette, Billingsley & Kees, P.A., for its Motion for Summary Judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, alleges and states:

1.      The District is entitled to summary judgment as a matter of law.

2.      The undisputed facts – as set forth in the Statement of Undisputed Material Facts and supporting exhibits – demonstrate that there is no genuine issue of material fact for trial.

3.      The District is entitled to summary judgment because Plaintiff failed to timely file this action in federal district court.

4.      The District is entitled to summary judgment because Plaintiff failed to timely file his claims with the EEOC and did not exhaust his administrative remedies under Title VII.

5.      Any claims based on events before November 8, 2020, or after May 7, 2021, fall outside the actionable period and must be dismissed with prejudice.

6.      Plaintiff cannot establish a *prima facie* case of racial retaliation or discrimination under Title VII.  The District's actions were based on legitimate, nondiscriminatory reasons.

7.      Plaintiff's Arkansas Whistle-Blower Act claim fails because his testimony in a federal trial does not fall under the Act and there is no evidence of an adverse employment action resulting from it.

8.      This Court, therefore, must dismiss Plaintiff's lawsuit against the District with prejudice.

9.      In support of its Motion for Summary Judgment, the District relies upon the accompanying Memorandum Brief in Support of its Motion for Summary Judgment, the attachments to this Motion, and upon the entire record in this action.

10.     The following exhibits are attached hereto and incorporated herein by reference:

Exhibit 1—Plaintiff's PCSSD Contracts

Exhibit 2—PCSSD Contract with Derek Scott

Exhibit 3—Affidavit of Dr. Charles McNulty

Exhibit 4—Job Posting

Exhibit 5—Board Minutes 04/19/2018

Exhibit 6—Committee Recommendation

Exhibit 7—June 29, 2022 Email from EEOC Investigator to Curtis Johnson

Exhibit 8—May 7, 2021 Sign Charge Reminder Email to Curtis Johnson

Exhibit 9—Excerpts from Curtis Johnson's Deposition

Exhibit 10—Joint Notice of Facilities Tour Logistics

Exhibit 11—Court Order in Case No. 4:82-cv-866-DPM

Exhibit 12—January 2021 Text Messages and Emails Curtis Johnson

Exhibit 13—Affidavit of Dr. Linda Remele

Exhibit 14—Memorandum Sylvan Hills Athletic Facilities

Exhibit 15—August 10, 2021, PCSSD Board Meeting Minutes

Exhibit 16—Curtis Johnson Paycheck History

Exhibit 17—Derek Scott Resignation Letter

WHEREFORE, Defendant, Pulaski County Special School District, prays that its Motion for Summary Judgment be granted; for its attorney's fees and costs incurred herein; and for all other appropriate relief to which the District may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By:_____**W. Cody Kees**_____
           Jay Bequette, Ark. Bar No. 87012
           W. Cody Kees, Ark. Bar No. 2012118
           Phillip M. Brick, Jr., Ark. Bar No. 2009116

*Attorneys for Defendant*