

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**

925 East Dixon Road/P.O. Box 8601
Little Rock, Arkansas 72216-8601

**DATE:** July 26, 2018

**TO:** Paul Brewer, Assistant Superintendent for Human Resources

**FROM:** Dr. Charles McNulty, Superintendent

**RE:** Executive Director of Operations

A bi-racial committee consisting of Dr. Charles McNulty, Paul Brewer, Duane Clayton, Juanita Croon, Will Reid, Glenn Shook and Sonya Whitfield convened on Thursday, July 19, 2018, to interview candidates for the Executive Director of Operations vacancy. The committee interviewed six (6) candidates, five (5) in person and one (1) by phone. A bi-racial committee consisting of Dr. Charles McNulty, Paul Brewer, Duane Clayton, Juanita Croon and Glenn Shook then interviewed the top two (2) candidates on Monday, July 23, 2018. The committee recommends:

Curtis Johnson

_____
Dr. Charles McNulty
Superintendent of Schools

_____
Paul Brewer
Asst. Superintendent for Human Resources

_____
Duane Clayton
Principal, Mills University Studies High School

_____
Juanita Croon
IT Help Desk Manager/Network Security

_____
Will Reid
Chief Technology Officer

_____
Glen Shook
Director of School Maintenance Services

_____
Sonya Whitfield
Principal, Baker Elementary School

**EXHIBIT 6**

EXHIBIT 2

PCSSD; Johnson 174