I am good for all those dates.



Charles McNulty, Ph.D.
Superintendent
Phone: 501-234-2001
Fax: 501-234-0000
Mobile: 501-353-4051
cmcnulty@pcssd.org

[Quoted text hidden]

---

Sam Jones <SJones@mwlaw.com>                                        Tue, Dec 8, 2020 at 1:44 PM
To: "McNulty, Charles" <cmcnulty@pcssd.org>, Devin Bates <dbates@mwlaw.com>
Cc: "WHITFIELD, SHERMAN" <sawhitfield@pcssd.org>, "Yolaundra Williams (ywilliams@pcssd.org)" <ywilliams@pcssd.org>, "Janice Warren (jwarren@pcssd.org)" <jwarren@pcssd.org>, "Curtis Johnson (cjohnson@pcssd.org)" <cjohnson@pcssd.org>, "Alesia Smith (asmith@pcssd.org)" <asmith@pcssd.org>, "Putman, Candyce" <cputman8379@pcssd.org>, "RICHARDS, YOLANDA" <yrichards@pcssd.org>, BELINDA <bjackson@pcssd.org>

Good with me.  Sam

[Quoted text hidden]

---

Johnson, Curtis <cjohnson@pcssd.org>                               Thu, Dec 10, 2020 at 7:58 AM
To: Devin Bates <dbates@mwlaw.com>
Cc: Charles McNulty <cmcnulty@pcssd.org>

Devin,

Per Dr. McNulty and at his request, I will not be attending these meetings moving forward.

Respectfully,

Curtis
[Quoted text hidden]

---

**2 attachments**

MITCHELL | WILLIAMS image001.jpg
23K

MITCHELL | WILLIAMS image001.jpg
23K

---

Devin Bates <dbates@mwlaw.com>                                     Thu, Dec 10, 2020 at 8:09 AM
To: "Johnson, Curtis" <cjohnson@pcssd.org>
Cc: Charles McNulty <cmcnulty@pcssd.org>

Thank you, Curtis. I will remove you from this e-mail thread going forward so I don't spam you. Hope all is well.

Devin

MITCHELL WILLIAMS

Devin R. Bates
T 501.688.8864 | F 501.918.7864





JohnsonCurtis 000001

:bates@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.


From: Johnson, Curtis <cjohnson@pcssd.org>
Sent: Thursday, December 10, 2020 7:58 AM
To: Devin Bates <dbates@mwlaw.com>
Cc: Charles McNulty <cmcnulty@pcssd.org>
Subject: Re: Deseg: January Meeting with Intervenors


Devin,

Quoted text hidden]
Quoted text hidden]

---

:Nulty, Charles <cmcnulty@pcssd.org>                                              Thu, Dec 10, 2020 at 11:58 AM
"Johnson, Curtis" <cjohnson@pcssd.org>
: Devin Bates <dbates@mwlaw.com>

But please let our intervenor colleagues know we have had a standing invitation to attend our facilities meetings that are held
very Tuesday!
Thanks,
Charles



Charles McNulty, Ph.D.
Superintendent       .
Phone: 501-234-2001
Fax: 501-234-0000
Mobile: 501-353-4051
cmcnulty@pcssd.org

uoted text hidden]

---

in Bates <dbates@mwlaw.com>                                                        Thu, Dec 10, 2020 at 1:30 PM
McNulty, Charles" <cmcnulty@pcssd.org>, "Johnson, Curtis" <cjohnson@pcssd.org>

ry fair. Thank you!


ITCHELL   WILLIAMS


vin R. Bates
01.688.8864 | F 501.918.7864

:tes@mwlaw.com | MitchellWilliamsLaw.com
W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
:hell, Williams, Selig, Gates & Woodyard, P.L.L.C.


n: McNulty, Charles <cmcnulty@pcssd.org>
t: Thursday, December 10, 2020 11:59 AM
Iohnson, Curtis <cjohnson@pcssd.org>
Devin Bates <dbates@mwlaw.com>
ect: Re: Deseg: January Meeting with Intervenors

JohnsonCurtis 000002

But please let our intervenor colleagues know we have had a standing invitation to attend our facilities meetings that are held every Tuesday!

Thanks,

Charles

Charles McNulty, Ph.D.
Superintendent
Phone: 501-234-2001
Fax: 501-234-0000
Mobile: 501-353-4051
cmcnulty@pcssd.org

On Thu, Dec 10, 2020 at 7:58 AM Johnson, Curtis <cjohnson@pcssd.org> wrote:

Devin,

Per Dr. McNulty and at his request, I will not be attending these meetings moving forward.

Respectfully,

Curtis

On Mon, Dec 7, 2020, 12:29 Devin Bates <dbates@mwlaw.com> wrote:

All,

In January we will host Intervenors and JNPSD over zoom. Do you have any conflicts with a noon meeting on any of these dates: January 20, 21, 27, 29?

Thank you to Dr. Warren for reminding me that we should get this scheduled before holiday break.

Devin

**Error! Filename not specified.**

**Devin R. Bates**
T 501.688.8864 | F 501.918.7864

dbates@mwlaw.com | MitchellWilliamsLaw.com
425 W. Capitol Ave. | Ste. 1800 | Little Rock, AR 72201
Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C.

JohnsonCurtis 000003



JohnsonCurtis 000004