IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CURTIS A. JOHNSON                                                                                        PLAINTIFF

v.                                              No. 4:22-cv-00977-KGB

PULAKSI COUNTY SPECIAL SCHOOL DISTRICT                                          DEFENDANT

### AFFIDAVIT OF LINDA REMELE

Comes the Affiant, Linda Remele, and for her Affidavit states under oath as follows:

1. My name is Linda Remele and I am the former President of the Pulaksi County Special School District Board ("PCSSD Board").

2. I served in this role from 2016 to the end of 2021.

3. I am aware of the lawsuit filed against the District, *Curtis A. Johnson v. Pulaski County Special School District*, U.S. District Court for the Eastern District of Arkansas, Case No. 4:22-cv-00997. I have read the complaint in detail.

4. My role as PCSSD Board President involved leading board meetings and working closely with the superintendent to ensure that the Pulaski County Special School District ("District")'s policies and goals were effectively implemented. I also represented the PCSSD Board publicly, including on a tour of school facilities in July 2020 related to the ongoing desegregation case.

5. I have extensive experience in education, and I am familiar with the decisions of the PCSSD Board.

6. In 2021, members of the PCSSD Board started discussing the purchase of assets and capital improvements to PCSSD athletic facilities at Sylvan Hills High School in excess of $1,000,000, which were previously undertaken by a non-profit foundation supporting PCSSD in

**EXHIBIT 13**

accordance with standard procurement processes, using donations and a loan obtained from a local bank. The loan was undertaken by a community-led, nonprofit foundation for improvements to the football field while the District was under the control of the Arkansas Department of Education.

7. The nonprofit foundation secured the loan for the capital improvements to PCSSD property while PCSSD was under state control through the Arkansas Department of Education and without a locally elected school board, and the capital improvements were owed by the nonprofit foundation but used by PCSSD. Exhibit 14. The nonprofit foundation had paid down the loan, but still owed approximately $700,000, and PCSSD stakeholders felt it appropriate for PCSSD to purchase the assets and improvements from the foundation for the remaining balance of the loan.

8. As stated in his Complaint, Mr. Johnson's position was that "since the PCSSD did not take out the loan, and had no part in obtaining the loan, it would be illegal for the district to assume the loan[.]".

9. The PCSSD Board sought legal advice on the issue of the loan and payment by PCSSD for the assets and improvements on PCSSD property.

10. A legal opinion from the law firm Mitchell, Williams, Selig, Gates, & Woodyard, P.L.L.C., dated August 4, 2021, confirmed that it was lawful for PCSSD to purchase from the foundation to assets and improvements to the PCSSD-owned property.

11. The PCSSD Board subsequently approved payment on August 10, 2021.

12. The matter of the loan had no impact on Mr. Johnson's job and was unrelated to any employment practice of the District.

13. The discussion surrounding the loan were part of routine administration consideration and were not discriminatory or retaliatory in nature.

FURTHER AFFIANT SAYETH NOT.

*Linda Remele*

_____
Linda Remele   2024-Sep-04 14:26

STATE OF ARKANSAS )
                  ) ss.        **VERIFICATION**
COUNTY OF PULASKI )

Comes before me the above Affiant who states on oath that the facts set forth in the foregoing Affidavit are true and correct to the best of her knowledge and belief.

SUBSCRIBED AND SWORN to before me this 4th day of September, 2024.

_____
Notary Public

My commission expires:

1-22-29                        (S E A L)

-3-