**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CURTIS A. JOHNSON**                                                                                      **PLAINTIFF**

**v.**                                                   **No. 4:22-cv-00977-KGB**

**PULAKSI COUNTY SPECIAL SCHOOL DISTRICT**                                   **DEFENDANT**

**DEFENDANT'S STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant, Pulaski County Special School District ("District"), by its attorneys, Bequette, Billingsley & Kees P.A., and for its Statement of Undisputed Material Facts, states as follows:

1.      On or about August 8, 2018, Plaintiff Curtis Johnson, a black male, was hired by the District as the Executive Director of Operations. Exhibit 1, p. 1.

2.      Plaintiff's pay was classified at pay grade 21, with an annual salary of $107,038. Exhibit 1, p. 1.

3.      Plaintiff's predecessor, Derek Scott, a white male, was paid at pay grade 24 (three higher than Plaintiff) with an annual salary of $137,738. Exhibit 2, p. 1.

4.      Derek Scott resigned from the District on August 29, 2017, and the position was not filled until Plaintiff was hired from outside the District.  Exhibit 17.

5.      The decision to adjust the pay grade down for the Executive Director of Operations after the resignation of Scott and before Plaintiff was hired was made by the board of directors of the Pulaski County Special School District ("PCSSD Board") on April 18, 2018, nearly four months before Plaintiff was hired. Exhibit 3, p. 1.

6.      The PCSSD Board's decision was based on business considerations, including the removal of the engineering degree requirement from the job description, the reduced scope of responsibilities following the separation of the Jacksonville North Pulaski School District from

PCSSD in 2017, and to align the position's pay with other executive cabinet members. Exhibit 3, p. 1; Exhibit 4, pp. 1–2.

7.      The application window for the Executive Director of Operations role was open from May 9, 2018, to June 5, 2018, offering an annual salary between $93,452 and $117,364. Exhibit 4, p. 1.

8.      A bi-racial committee interviewed six candidates for the position, with Plaintiff being one of two finalists. The committee unanimously recommended Plaintiff for the job after an in-person interview. Exhibit 6.

9.      It is standard procedure for the District for the Executive Director of Operations to assume any unfilled Director positions until permanent replacements are appointed. This practice applied to both Plaintiff and his predecessor, Derek Scott. Exhibit 3.

10.     Plaintiff has consistently received pay raises since his hiring. His compensation from 2018 to 2025 is as follows (Exhibit 1, pp. 1–9):

11.     2018-2019: Annual salary of approximately $107,038.

12.     2019-2020: Annual salary of approximately $130,052.

13.     2020-2021: Annual salary of approximately $132,004.

14.     2021-2022: Annual salary of approximately $132,004.

15.     2022-2023: Annual salary of approximately $137,284.

16.     2023-2024: Annual salary of approximately $145,397.

17.     2024-2025: Annual salary of approximately $145,397.

18.     In July 2020, Plaintiff testified during a three-week bench trial related to PCSSD's unitary status in the long running desegregation federal court case. Judge Marshall found Plaintiff's testimony "helpful and credible" regarding the facilities portion of the trial. Exhibit 11, pp. 28–29.

19.     As part of the trial, Judge Marshall conducted a facilities tour of PCSSD buildings at issue, and due to COVID-19 restrictions, PCSSD was allowed only one representative to participate in a facilities tour by Judge Marshall as part of the case. Exhibits 10 and 11.

20.     Dr. Linda Remele, President of the PCSSD Board, was selected as the sole representative for the tour based on her seniority and comprehensive understanding of the Board's perspective. Exhibit 3.

21.     PCSSD had regular meetings related to ongoing obligations under the desegregation case, and in January 2021, Plaintiff acknowledged that, at Superintendent McNulty's request, he would not be attending future monthly meetings ordered by the judge. Exhibit 12, pp. 3–4.

22.     In 2021, the PCSSD Board discussed the repayment of a loan related to athletic facilities at the PCSSD campus of Sylvan Hills High School. This loan had been undertaken by a community-led nonprofit foundation while PCSSD was under state control with the Arkansas Department of Education and did not have a locally-elected school board. Exhibit 13; Exhibit 14.

23.     Plaintiff alleges he expressed concerns about the legality of PCSSD assuming the loan and alleges he opposed repayment of the loan in his Complaint.

24.     PCSSD sought legal advice from a local law firm about the loan repayment, and on August 4, 2021, received confirmation that it was lawful for PCSSD to pay off the loan for facilities the District owned and utilized. Exhibit 14.

25.     The PCSSD Board approved the loan payment on August 10, 2021. This decision was a routine administrative matter and had no impact on Plaintiff's job or any employment practice within the District. Exhibit 15; Exhibit 13.

26.     On May 7, 2021, Plaintiff filed a charge with the EEOC alleging discrimination and retaliation by the District. ECF Doc. 1, at 17.

3

27.     On June 29, 2022, the EEOC issued Plaintiff a right-to-sue letter. ECF Doc. 1, at 19.

28.     On October 7, 2022, Plaintiff filed this action in federal court.  ECF Doc. 1, at 1.

29.     On December 20, 2022, PCSSD answered Plaintiff's Complaint, asserting that the complaint was filed too late and was barred by the statute of limitations. The District also claimed Plaintiff failed to exhaust administrative remedies under Title VII. ECF Doc. 4, at 4–8.

30.     Plaintiff has never filed any additional Charge with the EEOC or amended his Complaint during the pendency of this action.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: jbequette@bbpalaw.com
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By:_____**W. Cody Kees**_____
        Jay Bequette, Ark. Bar No. 87012
        W. Cody Kees, Ark. Bar No. 2012118
        Phillip M. Brick, Jr., Ark. Bar No. 2009116

*Attorneys for Defendant*