**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CURTIS A. JOHNSON**                                                                                   **PLAINTIFF**

**v.**                                                  **Case No. 4:22-cv-00977-KGB**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                                   **DEFENDANT**

**DEFENDANT'S STATUS REPORT**

Comes now Defendant, Pulaski County Special School District ("District"), by and through

its attorneys, Bequette, Billingsley & Kees, P.A., and for its Status Report, states:

1.      Settlement Conference. The parties have not participated in a settlement conference

and Defendant is not requesting one.

2.      Settlement Prospects.  Unlikely.

3.      Estimated Length of Trial.  Three days.

WHEREFORE, Defendant respectfully requests the Court accept this Status Report.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: ckees@bbpalaw.com

By:_____**W. Cody Kees**_____
        W. Cody Kees, Ark. Bar No. 2012118
        Jay Bequette, Ark. Bar No. 87012

*Attorneys for Defendant*