IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CURTIS A. JOHNSON                                                                                          PLAINTIFF

VS.                                               CASE NO.  4:22-CV-0977 KGB

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
A Public Body Corporate                                                                                 DEFENDANT

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes the plaintiff Curtis A. Johnson, by and through his attorney **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and for his motion for extension of time to respond to the defendant's motion for summary judgment, he states the following:

1. The defendant filed its motion for summary judgment on September 6, 2024.

2. The deadline for the plaintiff to respond to the defendant's motion for summary judgment is Friday, September 20, 2024.

3. Undersigned counsel has recently filed a response to a motion to force arbitration and motion to dismiss in the case of *Jimmie Gaston and Gaston Trucking Inc v. Arkansas Kenworth LLC*, Pulaski County Circuit Court No. 60CV-24-3227.

4. Undersigned counsel has also had to deal with a couple of criminal matters out of town and was in a seven (7) hour plus deposition on September 18, 2024.

5. The plaintiff is asking for a fourteen (14) day extension giving him up to and including the date of October 4, 2024 in order to respond to the defendant's motion for summary judgment.

6. Opposing counsel has been consulted about this extension request, and has authorized undersigned counsel to state that no opposition will be forthcoming.

1

7.     The plaintiff is not requesting this extension for purposes to cause any unnecessary delay, but so that the ends of justice may be pursued.

THEREFORE, the plaintiff requests that his motion for extension of time is granted, giving him up to and including the date of October 4, 2024, to respond to the defendant's motion, and for all other proper and just relief.

          Respectfully submitted,

          PORTER LAW FIRM
          The Tower Building
          323 Center Street, Suite 1035
          Little Rock, Arkansas 72201
          Telephone: 501-244-8200
          Facsimile: 501-372-5567
          E-mail: Aporte5640@aol.com

By:    Austin Porter Jr.
       Austin Porter Jr., No. 86145

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas - Central Division, on the 19th day of September 2024, using the CM/ECF system, which is designed to send notification of such filing to the following:

W. Cody Kees
BEQUETTE, BILLINGSLY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469
Email: ckees@bbpalaw.com

          Austin Porter Jr.