IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CURTIS A. JOHNSON                                                                                           PLAINTIFF

VS.                                         CASE NO.  4:22-CV-0977 KGB

PULASKI COUNTY SPECIAL SCHOOL DISTRICT
A Public Body Corporate                                                                                DEFENDANT

PLAINTIFF'S **SECOND** MOTION FOR EXTENSION OF TIME
TO RESPOND THE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Comes the plaintiff Curtis A. Johnson, by and through his attorney **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and for his second motion for extension of time to respond to the defendant's motion for summary judgment, he states the following:

1. The defendant filed its motion for summary judgment on September 6, 2024.

2. The deadline for the plaintiff to respond to the defendant's motion for summary judgment is Friday, September 20, 2024.

3. On September 19, 2024, the plaintiff filed a motion for extension of time in order to respond to the defendant's motion, requesting the date of October 4, 2024 to respond.

4. On September 18, 2024, the Court entered an Order granting the plaintiff's motion.

5. Undersigned counsel has been working diligently trying to respond to the defendant's motion, but due to personal issues in his family, has had to take time to deal with these matters.

6. Also, undersigned counsel has had to respond to two (2) discovery requests in two (2) separate cases as well.

1

7. The plaintiff is asking for a short extension request of four (4) days giving him up to and including the date of October 8, 2024 in order to respond to the defendant's motion for summary judgment.

8. Undersigned counsel sent opposing counsel an email at approximately 5:30 a.m. on October 3, 2024 wanting to know his position on this extension request, but has not heard back. However, based on my relationship with opposing counsel, it is not likely that there will be any opposition.

9. The plaintiff is not requesting this extension for purposes to cause any unnecessary delay, but so that the ends of justice may be pursued.

THEREFORE, the plaintiff requests that his motion for extension of time is granted, giving him up to and including the date of October 8, 2024, to respond to the defendant's motion, and for all other proper and just relief.

    Respectfully submitted,

    PORTER LAW FIRM
    The Tower Building
    323 Center Street, Suite 1035
    Little Rock, Arkansas 72201
    Telephone: 501-244-8200
    Facsimile: 501-372-5567
    E-mail: Aporte5640@aol.com

By:   Austin Porter Jr.
      Austin Porter Jr., No. 86145

## CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of

Arkansas - Central Division, on the 3rd day of October 2024, using the CM/ECF system, which is designed to send notification of such filing to the following:

W. Cody Kees
BEQUETTE, BILLINGSLY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, Arkansas 72201-3469
Email: ckees@bbpalaw.com

                                                  Austin Porter Jr.