IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CURTIS A. JOHNSON**                                                                                   **PLAINTIFF**

v.                          Case No. 4:22-cv-00977 KGB

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, A Public Body Corporate**                                                       **DEFENDANT**

## ORDER

Before the Court is plaintiff Curtis A. Johnson's second motion for extension of time to respond to defendant's motion for summary judgment (Dkt. No. 20). Counsel for plaintiff requests that the Court extend the deadline by which to file a response to defendant's motion for summary judgment by 4 days, up to and including October 8, 2024 (Dkt. No. 20, ¶ 7). He represents that he has been unable to prepare his response thus far due to family issues and work in other matters (*Id.*, ¶¶ 5–6). Counsel for plaintiff represents that he has attempted to communicate with counsel for defendant about the proposed extension but has not heard back (*Id.*, ¶ 8). However, he represents that, based on his relationship with opposing counsel, it is unlikely there will be any opposition (*Id.*). For good cause shown, the Court grants plaintiff's motion for extension of time (*Id.*). The deadline for plaintiff to file a response to defendant's motion for summary judgment (Dkt. No. 14) is hereby extended up to and including October 8, 2024.

It is so ordered this 4th day of October, 2024.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge