IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CURTIS A. JOHNSON**                                                                               **PLAINTIFF**

**v.**                              **Case No. 4:22-cv-00977 KGB**

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, A Public Body Corporate**                                                 **DEFENDANT**

## ORDER

Before the Court is the status of this case. This case is currently set for trial the week of October 28, 2024 (Dkt. No. 11, at 1). Due to the Court's calendar, the Court removes this case from the trial calendar for the week of October 28, 2024. The Court continues to hold under advisement defendant Pulaski County Special School District's pending motion for summary judgment (Dkt. No. 14). The Court will reset the trial in this matter by separate Order, if necessary, after ruling on the pending motion for summary judgment.

It is so ordered this 16th day of October, 2024.

_____
Kristine G. Baker
Chief United States District Judge