IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CURTIS A. JOHNSON**                                                                                    **PLAINTIFF**

v.                             Case No. 4:22-cv-00977-KGB

**PULASKI COUNTY SPECIAL SCHOOL
DISTRICT, A Public Body Corporate**                                                         **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Curtis A. Johnson's federal race discrimination and retaliation claims brought under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000 *et seq.*, and 42 U.S.C. §§ 1981 and 1983, are dismissed with prejudice (Dkt. No. 1). Mr. Johnson's state-law claim brought under the Arkansas Whistle-Blower Act is dismissed without prejudice. The relief sought is denied.

It is so adjudged this 25th day of September, 2025.

_____
Kristine G. Baker
Chief United States District Judge